**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN REMBERT,<br><br>Defendants. | **ORDER GRANTING SECOND MOTION TO CONTINUE TRIAL**<br><br>Case No. 2:25-CR-00432<br><br>Judge Tena Campbell |

Defendant's Second Motion to Continue Trial is before the court. For the reasons set forth in the motion, and for good cause appearing, the court finds the parties are engaged in plea discussions, and that a negotiated plea agreement would serve the interests of Mr. Rembert and the public. Mr. Rembert appeared for an initial appearance on January 7, 2026 and is out of custody. The court therefore finds that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial. In this case, an ends-of-justice continuance of 90 days is appropriate. Therefore, trial in this matter is continued from Monday, September 14, 2026 to December 14, 2026 and the time from September 14, 2026 to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 10th day of September, 2026.

BY THE COURT:

TENA CAMPBELL
*United States District Judge*